[No. 64858-6-I.   Division One.   May 3, 2010.]

MICHAEL MAJOR ET AL., *Appellants*, v. MARK D. HODGSON
ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 07-2-03994-0, David Frazier, J. Pro Tem., entered July 29, 2008. *Affirmed* by unpublished opinion per Dwyer, C.J., concurred in by Appelwick and Schindler, JJ.

[No. 64933-7-I.   Division One.   May 3, 2010.]

PUBLIC SCHOOL EMPLOYEES OF WASHINGTON/SEIU LOCAL 1948, *Appellant*, v. THE WASHINGTON STATE LABOR RELATIONS OFFICE, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 08-2-01861-7, Richard D. Hicks, J., entered May 1, 2009. *Affirmed* by unpublished opinion per Dwyer, C.J., concurred in by Leach, J., and Meyer, J. Pro Tem.

[No. 64944-2-I.   Division One.   May 3, 2010.]

EDWARD DUPUY ET AL., *Appellants*, v. PETSMART, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 07-2-02007-3, Anna M. Laurie, J., entered June 19, 2009. *Reversed* by unpublished opinion per Becker, J., concurred in by Schindler and Spearman, JJ.

[No. 38586-4-II.   Division Two.   May 4, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER PAUL PARTRIDGE, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 07-1-01687-2, John F. Nichols, J., entered November 14, 2008. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Hunt and Quinn-Brintnall, JJ.